IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-MJ-1809-BM

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM R. FOREMAN | ) | |

This matter is before the court on the government's unopposed motion to dismiss with prejudice. [DE-13]. The motion states that the government seeks to dismiss the charges in this case because "[t]oxicology results indicate that the [d]efendants [sic] blood alcohol level was below the legal limit at the time of the incident and no other impairing substances were detected." *Id.* at 1.

Upon consideration of the motion, the court finds that the government has provided reasonable grounds for dismissal in this case. The court therefore allows the motion to dismiss with prejudice, and, pursuant to Federal Rule of Criminal Procedure 48(a), grants leave to dismiss the charges in this matter. The charges[1] in this matter are, therefore, DISMISSED WITH PREJUDICE.

SO ORDERED, this 4th day of August, 2025.

_____
Brian S. Meyers
United States Magistrate Judge

---

[1] The government's motion to dismiss [DE-13] refers to a one-count criminal information that was allegedly filed in this matter on July 2, 2025. [DE-13] at 1. The docket and associated filings in this case, however, do not show that any criminal information was filed. The case, instead, proceeded by means of a violation notice [DE-1] charging defendant with driving while impaired. This fact is noted solely for clarity of the record and does not impact the dismissal in any way, as all charges have been dismissed with prejudice pursuant to this order.